

MICHAEL D. KABAT
DIRECT DIAL: 404.400.7301
E-MAIL: mkabat@kcozlaw.com

February 13, 2023

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Eli Reisman v. Northeastern Power and Gas LLC*, No. 1:23-cv-00620

Dear Judge Schofield:

Our firm was recently retained to represent Defendant Northeastern Power and Gas LLC ("NE Power") in the above-referenced matter. NE Power was served with the Complaint and Summons on January 27, 2023, making its current deadline to answer or otherwise respond to the Complaint February 17, 2023. NE Power respectfully requests an extension of that deadline up to and including March 20, 2023, to allow investigation of the Complaint's allegations. This is NE Power's first request for an extension. Plaintiff's counsel consents to this request. The requested extension will not affect any other scheduled dates, as no other deadlines have been scheduled.

        Respectfully submitted,

        */s/ Michael D. Kabat*

        Michael D. Kabat
        New York Bar No. 836784
        KABAT CHAPMAN & OZMER LLP
        171 17th Street NW, Suite 1550
        Atlanta, Georgia 30363
        Phone: (404) 400-7300
        Fax: (404) 400-7333
        *Attorney for Defendant*

cc:    All Counsel of Record (via ECF)