# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI REISMAN, *individually and on behalf of as class of all persons and entities similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>NORTHEASTERN POWER AND GAS, LLC,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:23-CV-00620 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Northeastern Power and Gas LLC ("NEPG") hereby files this Corporate Disclosure Statement.

NEPG has no parent corporation, nor does any publicly held corporation own 10% or more of its stock.

Submitted this 20th day of March, 2023.

                                              **KABAT CHAPMAN & OZMER LLP**

                                              */s/ Michael D. Kabat*
                                              Michael D. Kabat
                                              New York Bar No. 836784
                                              171 17th Street NW, Suite 1550
                                              Atlanta, Georgia 30363
                                              Phone: (404) 400-7300
                                              Fax: (404) 400-7333
                                              *Counsel for Defendant*

2

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on March 20, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Michael D. Kabat*
Michael D. Kabat
New York Bar No. 836784
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Phone: (404) 400-7300
Fax: (404) 400-7333
*Counsel for Defendant*