**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------- X
                                                              :
REISMAN,                                                      :
                                                              :
                            Plaintiff,                        :
                                                              :        23 Civ. 620 (LGS)
            -against-                                         :
                                                              :        ORDER
                                                              :
NORTHEASTERN POWER AND GAS LLC.,                              :
                            Defendants.                       :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pretrial conference is scheduled in this action for April 5, 2023, at 4:20 P.M. It is hereby

**ORDERED** that the conference scheduled for April 5, 2023, at 4:20 P.M., is **adjourned** to **April 12, 2023, at 4:20 P.M.**, on the following conference line: 888-363-4749, access code: 558-3333.

Dated: April 5, 2023
       New York, New York

                                              _____
                                              **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**