IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI REISMAN, *individually and on behalf of as class of all persons and entities similarly situated*, ) ) ) ) ) Plaintiff, ) ) v. ) ) NORTHEASTERN POWER ) AND GAS, LLC, ) ) Defendant. ) | CIVIL ACTION NO. 1:23-CV-00620-LGS |

## MOTION TO WITHDRAW MICHAEL D. KABAT

Pursuant to Local Civil Rule 1.4, Michael D. Kabat, of Kabat Chapman & Ozmer LLP, hereby moves to withdraw as counsel of record for Defendant Northeastern Power and Gas, LLC ("NEPG") in the above-captioned matter. NEPG will continue to be represented in this matter by Ryan D. Watstein *(pro hac vice)* of Watstein Terepka LLP. NEPG has received notice of and consented to the filing of this motion to withdraw.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests that the Court grant leave to withdraw his Appearance in the above-captioned case.

Dated: April 11, 2023                                     Respectfully Submitted,

*/s/ Michael D. Kabat*
Michael D. Kabat
New York Bar No. 836784
mkabat@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
171 17TH Street, NE, Suite 1550
Atlanta, Georgia 30363
Telephone: (404) 400-7300
Facsimile: (404) 400-7333

Attorney for Defendant Northeastern Power and Gas, LLC

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that, on April 11, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                 */s/ Michael D. Kabat*
                 Michael D. Kabat