```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
REISMAN,                                                     :
                                    Plaintiff,               :
                                                             :    23 Civ. 620 (LGS)
            -against-                                        :
                                                             :         ORDER
NORTHEASTERN POWER & GAS LLC, et al.,                        :
                                    Defendant.               :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant filed a request for issuance of summons as to Third-Party Defendants Electric Green Life Inc., Electric Green Life LLC and Mark Bassili on April 12, 2023.

WHEREAS, during the April 12, 2023, initial pretrial conference, Defendant described circumstances suggesting that service of Third-Party Defendants may be prolonged.  It is hereby

**ORDERED** that by **April 26, 2023**, Defendant shall file a status letter describing progress on efforts to serve Third-Party Defendants and seeking any appropriate relief.

Dated: April 13, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**