## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

ELI REISMAN, individually and on behalf of
a class of all persons and entities similarly
situated,

      Plaintiff,

v.

NORTHEASTERN POWER AND GAS LLC,

      Defendant and Third-Party Plaintiff.

v.

ELECTRIC GREEN LIFE INC., ELECTRIC
GREEN LIFE LLC, and MARK BASSILI,

      Third-Party Defendants.

CIVIL ACTION 1:23-cv-00620

## **CERTIFICATE OF SERVICE**

I certify and declare that I am over the age of 18 years, employed in the county of Fulton in the State of Georgia, and I am attorney for Defendant and Third-Party Plaintiff Northeastern Power and Gas LLC in the above captioned action.

On May 10, 2023, pursuant to the Court's Order Permitting Electronic Service (ECF 41), Watstein Terepka LLP served Third-Party Defendant Mark Bassili with the Complaint (ECF 19), Summons (ECF 36), and the Order Permitting Electronic Service via email (to mark@electricgreenlifecom; wiserobo21@gmail.com) and LinkedIn Messenger.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 17, 2023, in Atlanta, Georgia.

By:   */s/ Ryan D. Watstein*
       Ryan D. Watstein
       *Pro hac vice*
       WATSTEIN TEREPKA LLP
       1055 Howell Mill Road, 8th Floor
       Atlanta, Georgia 30318
       T: (404) 782-0695
       T: (678) 372-0408
       E: ryan@wtlaw.com

       *Counsel for Defendant/Third-Party Plaintiff NEPG*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 17, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Ryan D. Watstein*
Ryan D. Watstein

*Counsel for Defendant/Third-Party Plaintiff NEPG*