IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI REISMAN, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>NORTHEASTERN POWER AND GAS LLC,<br><br>    Defendant and Third-Party Plaintiff.<br><br>v.<br><br>ELECTRIC GREEN LIFE INC., ELECTRIC GREEN LIFE LLC, and MARK BASSILI,<br><br>    Third-Party Defendants. | CIVIL ACTION 1:23-cv-00620<br><br>**CLERK'S CERTIFICATE OF DEFAULT** |

    I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on **April 3, 2023** with the filing of a summons and complaint, a copy of the summons and complaint was served on third-party defendant **Electric Green Life LLC** by personally serving **Electric Green Life, LLC via its registered agent ("A Registered Agent, Inc. at 8 The Green Ste A, Dover, DE 19901")** and proof of service was therefore filed on **May 3, 2023, Doc. # 39**. I further certify that the docket entries indicate that the third-party defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the third-party defendant is hereby noted.

**Dated: New York, New York**

**June_____, 2023**

**RUBY J. KRAJICK**
**Clerk of Court**

**By:** _____
**Deputy Clerk**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that today, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Ryan D. Watstein*
Ryan D. Watstein

*Counsel for Defendant/Third-Party Plaintiff NEPG*