IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI REISMAN, individually and on behalf of a class of all persons and entities similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NORTHEASTERN POWER AND GAS LLC, <br><br> Defendant and Third-Party Plaintiff. <br><br> v. <br><br> ELECTRIC GREEN LIFE INC., ELECTRIC GREEN LIFE LLC, and MARK BASSILI, <br><br> Third-Party Defendants. | CIVIL ACTION 1:23-cv-00620 <br><br> **CLERK'S CERTIFICATE OF DEFAULT** |

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on **April 3, 2023** with the filing of a summons and complaint, a copy of the summons and complaint was served on third-party defendant **Mark Bassili** by personally serving **Mark Bassili via email and LinkedIn messenger pursuant to the Court's May 9, 2023 Order granting alternative service of process (Doc. # 41)**, and proof of service was therefore filed on **May 17, 2023, Doc. # 42**. I further certify that the docket entries indicate that the third-party defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the third-party defendant is hereby noted.

Dated: New York, New York

June_____, 2023

**RUBY J. KRAJICK**
**Clerk of Court**

**By:** _____
   **Deputy Clerk**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that today, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                            */s/ Ryan D. Watstein*
                                            Ryan D. Watstein

                                            *Counsel for Defendant/Third-Party Plaintiff NEPG*