## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI REISMAN, individually and on behalf of a class of all persons and entities similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>NORTHEASTERN POWER AND GAS LLC,<br><br>      Defendant. | 23 Civ. 620 (LGS) |

## **NOTICE OF SETTLEMENT**

      The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file a stipulation of dismissal within forty-five days.

*/s/ Anthony I. Paronich*
Anthony I. Paronich, *Admitted Pro Hac Vice*
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

*Attorneys for Plaintiff*

Case 1:23-cv-00620-LGS-RWL  Document 50  Filed 06/29/23  Page 2 of 2