IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
FOLEY SQUARE DIVISION

| | |
|---|---|
| ELI REISMAN, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>NORTHEASTERN POWER AND GAS LLC,<br><br>    Defendant and Third-Party Plaintiff.<br><br>v.<br><br>ELECTRIC GREEN LIFE INC., ELECTRIC GREEN LIFE LLC, and MARK BASSILI,<br><br>    Third-Party Defendants. | CIVIL ACTION 1:23-cv-00620 |

~~[PROPOSED]~~ **ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT**

Upon the Declaration of Ryan D. Watstein, dated June 14, 2023, and the exhibits attached thereto, it is hereby:

**ORDERED**, that Third-Party Defendants Electric Green Life, LLC and Mark Bassili ("Third-Party Defendants") show cause at a hearing before this Court ~~at the United States Courthouse, 40 Foley Square, New York, NY 10007, Courtroom 1106, in the City, County, and State of New York, on _____, at _____, or as soon thereafter as counsel may be heard~~ on August 9, 2023, at 4:20 P.M., by dialing the conference call line at 888-363-4749 and using access code 558-3333, why an order should not be issued pursuant to Federal Rules of Civil Procedure 54(b) and 55(b), and Local Civil Rule 55.2(b), entering judgment by default against Third-Party Defendants.

**IT IS FURTHER ORDERED** that Defendant/Third-Party Plaintiff Northeastern Power & Gas, LLC ("Third-Party Plaintiff") shall serve this Order to Show Cause and Third-Party Plaintiff's supporting papers on Third-Party Defendants within __10__ days of this Order.

**IT IS FURTHER ORDERED** that any opposition to entry of a default judgment is due on or before __August 7__, 2023.

So Ordered.

Dated:  July 18, 2023
        New York, New York

*signature*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

2