**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**FOLEY SQUARE DIVISION**

| | |
|---|---|
| ELI REISMAN, individually and on behalf of a class of all persons and entities similarly situated, | |
| Plaintiff, | |
| v. | |
| NORTHEASTERN POWER AND GAS LLC, | CIVIL ACTION 1:23-cv-00620 |
| Defendant and Third-Party Plaintiff. | |
| v. | |
| ELECTRIC GREEN LIFE INC., ELECTRIC GREEN LIFE LLC, and MARK BASSILI, | |
| Third-Party Defendants. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Eli Reisman ("Plaintiff") and Defendant Northeastern Power and Gas, LLC ("NEPG") hereby file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Plaintiff's claims with respect to NEPG are accordingly resolved.

Nothing in this Stipulation, however, affects NEPG's claims against Third-Party Defendants Electric Green Life, Inc., Electric Green Life LLC, and Mark Bassili. *See* ECF 59 (scheduling order to show cause for default judgment).

PLAINTIFF,
By his attorneys,

*/s/ Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*

Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com


*/s/ Ryan D. Watstein*
Ryan D. Watstein
*Pro hac vice*
WATSTEIN TEREPKA LLP
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
T: (404) 782-0695
T: (678) 372-0408
E: ryan@wtlaw.com
*Counsel for Defendant/Third-Party Plaintiff NEPG*