```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELI REISMAN, individually and on behalf of
a class of all persons and entities similarly
situated,

                              Plaintiff,

                - against -

NORTHEASTERN POWER AND GAS LLC,

                            Defendants.
------------------------------------------------------------X

23-CV-0620 (LGS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       This matter has been referred to me for an inquest on damages following entry of default judgment of liability. (Dkt. 65.) The filings indicate that damages cannot be determined until after settlement of the underlying litigation is finalized. Accordingly, by August 22, 2023, NEPG shall file a status report and proposed timing on submission of the requisite briefing and support for the Court's determination of damages and attorney's fees to be awarded pursuant to the default judgment.

                                              SO ORDERED.

                                              _____
                                              ROBERT W. LEHRBURGER
                                              UNITED STATES MAGISTRATE JUDGE

Dated: August 15, 2023
       New York, New York

Copies transmitted this date to all counsel of record.