



Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

2023 OCT 13  PM 4:11

| Reisman |
| Reisman |
| Plaintiff(s), |
| -against- |
| Northeastern Power and Gas |
| Northeastern Power and Gas |
| Defendant(s). |

Docket No: __23__ CV __00620__ ( LGS )( RWL )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☑ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

Bassili, Mark, Steven                                  ☐ Plaintiff  ☑ Defendant
Name (Last, First, MI)

16060 Dallas Parkway 614   **Dallas**   **TX**   **75248**
Address                City          State      Zip Code

**346-802-7159**              bass197734@gmail.com
Telephone Number              e-mail address

**10/11/23**                  **[Mark S. Bassili]**
Date                          Signature