Date: __10-22-1023__

Hon. ____Lorna G. Schofield_____
U.S. District Court

    Re:  extension request on the inquest for damages_____1:23-CV-00620

Dear Judge ___Schofield_____ :

    I write to respectfully request an extension of time from original due date:_

10/23/23_____ to new deadline: _11/20/23_____ to file my (name of

document)_____response on inquest on damages _____.

    I ask for this extension because _____I need more time to respond and consult with

NYLAG clinic and how to respond to the

case_____

_____.

    This is my [__X_first] [____second] [__ third or additional] request for an extension.

    I [__X_ have] [__ have not conferred with opposing counsel] about this request for an extension.  Opposing counsel [__ does not object] [_X_ objects] [__ did not respond].  I thank the Court in advance for its consideration.

    Respectfully submitted,

_____

    Mark Bassili, *Pro se* [__ NORTHEASTERN POWER AND GAS LLC [ELECTRIC GREEN LIFE INC., ELECTRIC GREEN LIFE LLC, and MARK BASSILI, __]